Commonwealth *v.* Sgarlat et al., Appellants.

Argued April 23, 1959. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN and BOK, JJ.

*Neville B. Shea,* with him *Shea and Shea,* for appellants.

*Morris J. Dean,* Deputy Attorney General, with him *Jacob Schifferman, Thomas F. Gill, Harry L. Rossi,* Deputy Attorneys General, and *Anne X. Alpern,* Attorney General, for appellee.

OPINION PER CURIAM, May 28, 1959:

We are satisfied that the findings of fact made by the chancellor are supported by the record and justify the conclusions of law which resulted in the final decree entered by the court below.

Decree affirmed at appellants' costs.

Mr. Justice MCBRIDE took no part in the consideration or decision of this case.